UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MARTINEZ and JOSE R. RUIZ, individually and on behalf of all other persons similarly situated, | ECF CASE |
| Plaintiff, | No.: 2:20-cv-04063-AKT |
| v. | |
| E&D ULTIMATE CAR WASH AND DETAIL CE d/b/a MAJESTIC AUTO SPA, DIANA LONG and ED LONG, Jointly and Severally, | |
| Defendants. | |

---

**NOTICE OF THE PARTIES' MOTION FOR APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT**

---

PLEASE TAKE NOTICE that, upon the memorandum of law and accompanying declaration, the Parties respectfully move the Court for an Order approving the settlement agreement in this Fair Labor Standards Act matter.

Dated: New York, New York
May 26, 2021

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10170
212.392.4772
doug@lipskylowe.com
*Plaintiffs' Counsel*