**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

BEFORE:      **ARLENE R. LINDSAY**              **DATE: 11/9/2021**
             **United States Magistrate Judge**

                                                **TIME: 12:00 p.m.**


**DOCKET NO: 20-cv-04063-ARL**


**CASE: Martinez et al v. E&D Ultimate Car Wash and Detail CE et al**



___   **INITIAL CONFERENCE**

___   **STATUS CONFERENCE**

___   **SCHEDULING CONFERENCE**              **BY TELEPHONE X**

___   **SETTLEMENT CONFERENCE**

___   **FINAL CONFERENCE**

**X**   **FAIRNESS HEARING**


       **APPEARANCES:**      **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

                             **Douglas Lipsky**       **Matthew Capobianco**

**The following rulings were made:**

       The parties modified the terms of the release as set forth on the record.  Having reviewed
the terms of the parties' proposed settlement agreement, the Court finds that it is fair and
reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc.,
796 F.3d 199, 206 (2d Cir. 2015).  Accordingly, the settlement is approved. The Clerk of Court is
directed to close the case.



                             **SO ORDERED:**

                                   **/s/**